UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5680-DMG (PGWx) | Date | December 18, 2012 |
|---|---|---|---|
| Title | Brian Roland v. Macy's Inc., et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES

On July 19, 2012, the Court issued a Minute Order [Doc. # 59] in which the parties were required to meet and confer within two weeks after the filing of defendant/cross defendant, Bergensons Property Services, Inc.'s answer and **immediately** thereafter file an Amended Joint Rule 26(f) Report with proposed new pretrial and trial dates and deadlines.  It does not appear that the parties have complied with said deadline nor have they timely sought or obtained any continuance of said deadline.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **January 4, 2013** why sanctions should not be imposed for their non-compliance with the Court-imposed deadline for filing an Amended Joint Rule 26(f) Report with proposed new pretrial and trial dates and deadlines.