UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **CV 11-5680-DMG (PJWx)** | Date | May 6, 2013 |
|---|---|---|---|

| Title | Brian Roland v. Macy's Inc., et al. |
|---|---|

Present: The Honorable  DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed April 30, 2013, indicating that the case has settled in its entirety, this action is placed in inactive status.

By July 1, 2013 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of ***July 2, 2013***.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.