# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACY'S, INC., and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-cv-05680-DMG-PJW<br><br>**ORDER RE SETTLEMENT AND DISMISSAL OF ACTION [99]** |

　　Plaintiff Brian Roland, Defendants/cross-claimants Macy's Inc., Defendants/cross-claimants Vornado Realty Trust, Defendants/cross-defendant/third Party Plaintiff Bergensons Property Services, Inc., and Third Party Defendant, Gilberto Romero dba Irvine Janitorial Service, having executed a Stipulation regarding the settlement of the case, this Court hereby dismisses and discontinues with prejudice the instant action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, effective as of the date of this Order.

　　**IT IS SO ORDERED.**

Dated:　　　July 1, 2013

　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Law Offices of Frank Y. Ariel**
11845 W. Olympic Blvd.
Suite 800
Los Angeles, CA 90064
(310) 477-2626

-1-

**[PROPOSED] ORDER**